# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IDALINA MIRABALLES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  20-2879 |
| | : | |
| **OAK STREET HEALTH MSO, LLC,** *et al.* | : | |
| | : | |

# ORDER

**AND NOW**, this 30th day of September 2020, upon considering Defendants' Motion to dismiss (ECF Doc. No. 14), Plaintiff's "Motion" in Opposition (ECF Doc. No. 15), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 14) is **GRANTED in part** and **DENIED in part**:

1. Defendants' Motion (ECF Doc. No. 14) is **GRANTED** and we **dismiss without prejudice** Plaintiff's claims for retaliation under the Age Discrimination in Employment Act, for punitive or compensatory damages for emotional distress under the Age Discrimination in Employment Act, and for her unripe Pennsylvania state law claims;

2. Defendants' Motion (ECF Doc. No. 14) is **DENIED** as to Plaintiff's claim for age discrimination under the Age Discrimination in Employment Act and Defendants shall answer this claim no later than **October 14, 2020**; and,

3. Plaintiff's "Motion" in Opposition (ECF Doc. No. 15) is **DENIED** as moot.

**KEARNEY, J.**